IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Guillermina P. Chavez, ) | No. CV 11-177-TUC-FRZ (BPV) |
| ) | |
| Plaintiffs, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| ) | |
| Casas Christian Preschool, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

    Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Velasco that recommends granting Defendant's motion for summary judgment. A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired. As such, the Court will not consider any objections or new evidence.

    The Court has reviewed the record and concludes that Magistrate Judge Velasco's recommendations are not clearly erroneous. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

    Accordingly, IT IS HEREBY ORDERED as follows:

(1) Magistrate Judge Velasco's Report and Recommendation (Doc. 43) is accepted and adopted.

1 (2) Defendant's motion for summary judgment (Doc. 31) is granted; both Casas Christian Preschool and Casas Adobes Baptist Church are dismissed from this case.

(3) This case is dismissed with prejudice and the Clerk of the Court shall enter judgment.

DATED this 11th day of June, 2012.

*Frank R. Zapata*
Frank R. Zapata
**Senior United States District Judge**